MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff
mgliner@glinerlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

TETYANA SERHIYENKO-LEMAY )
)
    Plaintiff, )
) No. 2:19-cv-00405-JCM-GWF
vs. )
)
MONTEREY FINANCIAL SERVICES LLC )
dba MONTEREY COLLECTION SERVICES )
)
    Defendant. )
)

**STIPULATION AND ORDER TO EXTEND THE TIME**

**THROUGH MONDAY, MAY 13, 2019 FOR PLAINTIFF TO**

**RESPOND TO DEFENDANT'S MOTION TO DISMISS**

**[First Request]**

    This Stipulation is filed pursuant to LR IA 6-1 and 6-2. Plaintiff filed this action on March 8, 2019. On April 22, 2019 Defendant filed its pending Motion to Dismiss [#10].

    Plaintiff's response is due May 6, 2019. The parties stipulate to a one (1) week extension through May 13, 2019.

/ / /

/ / /

/ / /

/ / /

1

Plaintiff is a sole practitioner and lately been absent from the office for personal reasons. Plaintiff *does not* foresee the need for any additional extension.

DATED: May 6, 2019

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | ROBISON, SHARP, SULLIVAN & BRUST |
| /s/ Mitchell Gliner | /s/ Frank Gilmore |
| MITCHELL D. GLINER, ESQ. | FRANK C. GILMORE, ESQ. |
| Nevada Bar No. 003419 | State Bar No. 010052 |
| 3017 W. Charleston Blvd. # 95 | 71 Washington Street |
| Las Vegas, Nevada 89102 | Reno, Nevada 89503 |
| Attorney for Plaintiff | Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 6, 2019