MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff
mgliner@glinerlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

TETYANA SERHIYENKO-LEMAY )
)
Plaintiff, )
) No. 2:19-cv-00405-JCM-GWF
vs. )
)
MONTEREY FINANCIAL SERVICES LLC )
dba MONTEREY COLLECTION SERVICES )
)
Defendant. )
_____)

**STIPULATION AND ORDER TO EXTEND THE TIME THROUGH
JUNE 18, 2019 FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO
DISMISS PLAINTIFF'S AMENDED COMPLAINT AND FOR DEFENDANT TO FILE
ITS OPTIONAL REPLY BRIEF THROUGH JULY 2, 2019**
[First Request]

This Stipulation is filed pursuant to LR IA 6-1 and 6-2. Plaintiff filed this action on March 8, 2019. On May 28, 2019 Defendant filed its pending Motion to Dismiss Plaintiff's Amended Complaint [#19].

Plaintiff's response is due June 11, 2019. The parties stipulate to a one (1) week extension through June 18, 2019 for Plaintiff to file her response. Defendant shall have through July 2, 2019 to files its optional Reply Brief.

///

///

///

1

The parties have discussed the possibility of resolution and these extensions may prove helpful in that regard.

DATED: June 10, 2019

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | ROBISON, SHARP, SULLIVAN & BRUST |
| /s/ Mitchell Gliner | /s/ Frank Gilmore |
| MITCHELL D. GLINER, ESQ. | FRANK C. GILMORE, ESQ. |
| Nevada Bar No. 003419 | State Bar No. 010052 |
| 3017 W. Charleston Blvd. # 95 | 71 Washington Street |
| Las Vegas, Nevada 89102 | Reno, Nevada 89503 |
| Attorney for Plaintiff | Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: June 12, 2019