MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff
mgliner@glinerlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| TETYANA SERHIYENKO-LEMAY | ) | |
| Plaintiff, | ) ) | |
| | ) | No. 2:19-cv-00405-JCM-GWF |
| vs. | ) ) | |
| MONTEREY FINANCIAL SERVICES LLC dba MONTEREY COLLECTION SERVICES | ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION AND ORDER TO EXTEND THE TIME THROUGH
TUESDAY, JUNE 21, 2019 FOR PLAINTIFF TO RESPOND TO DEFENDANT'S
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND FOR
DEFENDANT TO FILE ITS OPTIONAL REPLY BRIEF THROUGH JULY 12, 2019
[Second Request]**

This Stipulation is filed pursuant to LR IA 6-1 and 6-2. Plaintiff filed this action on

March 8, 2019. On May 28, 2019 Defendant filed its pending Motion to Dismiss Plaintiff's

Amended Complaint [#19].

Plaintiff's response is due June 18, 2019 [#22]. The parties stipulate to a three-day

extension through June 21, 2019 for Plaintiff to file her response. Defendant shall have through

July 12, 2019 to file its optional Reply Brief.

/ / /

/ / /

/ / /

The parties have discussed the possibility of resolution and these extensions may prove helpful in that regard. Plaintiff will *not* request any further extension to respond to Defendant's pending Motion to Dismiss.

DATED: June 17, 2019

MITCHELL D. GLINER, ESQ.

ROBISON, SHARP, SULLIVAN & BRUST

/s/ Mitchell Gliner
MITCHELL D. GLINER, ESQ.
Nevada Bar No. 003419
3017 W. Charleston Blvd. # 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

/s/ Frank Gilmore
FRANK C. GILMORE, ESQ.
State Bar No. 010052
71 Washington Street
Reno, Nevada 89503
Attorneys for Defendant

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
DATED: June 18, 2019

2