**FRANK C. GILMORE (SBN 10052)**
**fgilmore@rssblaw.com**
Robison, Sharp, Sullivan & Brust
71 Washington Street
Reno, Nevada 89503
Telephone:    (775) 329-3151
Facsimile:    (775) 329-7169

Attorneys for Defendant
Monterey Financial Services LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETYANA SERHIYENKO-LEMAY | CASE NO.:  2:19:cv-00405-JCM-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND THE TIME THROUGH FRIDAY, JULY 19, 2019, FOR DEFENDANT TO FILE ITS OPTIONAL REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |
| MONTEREY FINANCIAL SERVICES, LLC dba MONTEREY COLLECTION SERVICE | |
| Defendant. | **[First Request]** |

This Stipulation is filed pursuant to LR IA 6-1 and 6-2. Plaintiff filed this action on March 8, 2019. On May 28, 2019 Defendant filed its pending Motion to Dismiss Plaintiffs Amended Complaint (Doc. 19).

Plaintiff filed her response to Defendant's Motion to Dismiss on June 21, 2019 (Doc. 25). Defendant's Reply Brief is currently due on July 12, 2019. The parties stipulate to a one-week extension through July 19, 2019 for Defendant to file its optional Reply Brief.

/ / /

1    Defendant requested this brief extension as a result of its attorneys being out of the office

2  due to the July 4th holiday. This is Defendant's first request for an extension and will *not* request

3  any further extension to file its Reply Brief.

4        DATED: July 9, 2019

5

6  ROBISON, SHARP, SULLIVAN                    MITCHELL D. GLINER, ESQ.
   & BRUST

7
   */s/ Frank Gilmore*                          */s/ Mitchell Gliner*
8  FRANK C. GILMORE, ESQ.                       MITCHELL GLINER, ESQ.
   State Bar No. 010052                         State Bar No. 003419
9  71 Washington Street                         3017 W. Charleston Blvd. # 95
   Reno, Nevada 89503                           Las Vegas, Nevada 89102
10 Attorneys for Defendant                      Attorney for Plaintiff

11

12

13

14

15        IT IS SO ORDERED, this 11th  day of_____July_____, 2019

16

17        _____
          UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Robison, Sharp, Sullivan & Brust, and that on this date I caused to be served a true copy of **STIPULATION AND ORDER TO EXTEND THE TIME THROUGH FRIDAY, JULY 19, 2019, FOR DEFENDANT TO FILE ITS OPTIONAL REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT [First Request]** on all parties to this action by the method(s) indicated below:

_____     by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

        Mitchell D. Gliner, Esq.
        3017 W. Charleston Blvd., Suite 95
        Las Vegas, Nevada 89102

_X_     by using the Court's CM/ECF Electronic Notification System addressed to:

        Mitchell D. Gliner, Esq.
        Email: mgliner@glinerlaw.com

_____     by placing an original or true copy thereof in a sealed envelope for personal delivery/hand delivery of original addressed to:

        Mitchell D. Gliner, Esq.
        3017 W. Charleston Blvd., Suite 95
        Las Vegas, Nevada 89102

_____     by facsimile (fax) addressed to:

_____     by Federal Express/UPS or other overnight delivery addressed to:

DATED: This _9th_ day of July, 2019.

                       _____/s/ Mary Carroll Davis_____
                       Employee of Robison, Sharp, Sullivan & Brust

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151